

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 44TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 20th day of October, 2014, the cause on appeal to revise or reverse the judgment between

GERARDO HERNANDEZ, Appellant

No. 05-13-01219-CV      V.

BRANDON HERNANDEZ, Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-11-11698.
Opinion delivered by Justice Brown. Justices O'Neill and Lang-Miers participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED** in part and **REVERSED** in part. We **REVERSE** that portion of the trial court's judgment ordering that Brandon Hernandez recover from Gerardo Hernandez attorney's fees of $5,000 as sanctions. We **RENDER** judgment that Brandon Hernandez take nothing on his claim for sanctions. In all other respects, the trial court's judgment is **AFFIRMED**.

It is **ORDERED** that each party bear his own costs of this appeal.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 31st day of December, 2014.

LISA MATZ, Clerk